UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-5-BO-1

UNITED STATES OF AMERICA

v.

ORDER TO SEAL

EUSEBIO MUNOZ-AGUIRRE

On motion of the Defendant, Eusebio Munoz-Aguirre, and for good cause shown, it is hereby ORDERED that the **[DE 41]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 9 day of August, 2012.

TERRENCE W. BOYLE
United States District Judge